JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA STELLA C., | Case No. CV 21-07744-JEM |
| Plaintiff, | |
| v. | J U D G M E N T |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: December 15, 2022

                                                   */s/ John E. McDermott*
                                                   JOHN E. MCDERMOTT
                                       UNITED STATES MAGISTRATE JUDGE